1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT
7                         FOR THE DISTRICT OF ARIZONA
8    Hope A. Martin,                      )    No.  CV-14-02582-PHX-SPL
                                          )
9                                         )
              Plaintiff,                  )    **ORDER**
10   vs.                                  )
                                          )
11                                        )
     Credit One Financial,                )
12                                        )
                                          )
13            Defendant.                  )
                                          )
14   _____  )

15        On April 6, 2015, the Court ordered Plaintiff to show cause why this action should

16   not be dismissed for failure to comply with Rule 4(m) of the Federal Rules of Civil

17   Procedure. Plaintiff having failed to respond to the Court's Order, and the time to do so

18   having passed,

19        **IT IS ORDERED** that this action is **dismissed**.

20        **IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

21        Dated this 14th day of April, 2015.

22

23                                             _____
                                               Honorable Steven P. Logan
24                                             United States District Judge

25

26

27

28